1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Luis Humberto Rivera-Diaz

8            UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE PETER C. LEWIS)**

11 | UNITED STATES OF AMERICA,    )   Case No. 08MJ8065-02
                                  )
12 |         Plaintiff,            )
                                  )
13 | v.                            )   **CERTIFICATE OF SERVICE**
                                  )
14 | LUIS HUMBERTO RIVERA-DIAZ,    )
                                  )
15 |         Defendant.            )
   |_____)

17     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                       Efile.dkt.gc2@usdoj.gov;
20
                          Mark F. Adams
21                 markadamsesq@yahoo.com; and

22                        Linda A. King
                laking@N2.net, vbm_5562@yahoo.com
23

24                              Respectfully submitted,

26 DATED:    February 4, 2008         /s/ Carey D. Gorden
                                     **CAREY D. GORDEN**
27                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Luis Humberto Rivera-Diaz
28