UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**PLEASE RECEIPT AND RETURN**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>*Carlos Sec...*<br>*...*<br><br>Defendant(s) | CRIMINAL NO. _____<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court)

*Rosalia Olivera-Vasquez*

DATED: _____

**Barbara Lynn Major**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
                    **DUSM**

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082