FILED

08 FEB -6 PM 3: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 0302    JLS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Criminal Case No. _____ |
| Plaintiff, | )  I N D I C T M E N T |
| v. | )  Title 8, U.S.C., |
| CARLOS SAAVEDRA-VASQUEZ (1), | )  Sec. 1324(a)(2)(B)(ii) – |
| LUIS HUMBERTO RIVERA-DIAZ (2), | )  Bringing in Illegal Aliens for |
| | )  Financial Gain; Title 18, U.S.C., |
| | )  Sec. 2 - Aiding and Abetting; |
| Defendants. | )  Title 8, U.S.C., |
| | )  Secs. 1324(a)(1)(A)(ii) and |
| | )  (v)(II) - Transportation of |
| | )  Illegal Aliens and Aiding and |
| | )  Abetting |

The grand jury charges:

<u>Count 1</u>

On or about January 23, 2008, within the Southern District of California, defendants CARLOS SAAVEDRA-VASQUEZ and LUIS HUMBERTO RIVERA-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nuria Cristina Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

PLS:fer:Imperial
2/5/08

## Count 2

On or about January 23, 2008, within the Southern District of California, defendants CARLOS SAAVEDRA-VASQUEZ and LUIS HUMBERTO RIVERA-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Nuria Cristina Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

## Count 3

On or about January 23, 2008, within the Southern District of California, defendants CARLOS SAAVEDRA-VASQUEZ and LUIS HUMBERTO RIVERA-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Salvador Ramirez-Olivera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

<u>Count 4</u>

On or about January 23, 2008, within the Southern District of California, defendants CARLOS SAAVEDRA-VASQUEZ and LUIS HUMBERTO RIVERA-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Salvador Ramirez-Olivera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

<u>Count 5</u>

On or about January 23, 2008, within the Southern District of California, defendants CARLOS SAAVEDRA-VASQUEZ and LUIS HUMBERTO RIVERA-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rosalio Olivera-Vasquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//
//

1

<u>Count 6</u>

2    On or about January 23, 2008, within the Southern District of
3 California, defendants CARLOS SAAVEDRA-VASQUEZ and LUIS HUMBERTO
4 RIVERA-DIAZ, with the intent to violate the immigration laws of the
5 United States, knowing and in reckless disregard of the fact that an
6 alien, namely, Rosalio Olivera-Vasquez, had come to, entered and
7 remained in the United States in violation of law, did transport and
8 move said alien within the United States in furtherance of such
9 violation of law; in violation of Title 8, United States Code,
10 Sections 1324(a)(1)(A)(ii) and (v)(II).

11    DATED: February 6, 2008.

12                                          A TRUE BILL:

13

14

15                                          Foreperson

16 KAREN P. HEWITT
   United States Attorney

17

18 By: 
       CAROLINE P. HAN
19     Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28

4