1 | **CAREY D. GORDEN**
California State Bar No. 236251
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: carey_gorden@fd.org

5 | Attorneys for Luis Humberto Rivera-Diaz

6

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE JANIS L. SAMMARTINO)**

11 | UNITED STATES OF AMERICA,        )    Case No. 08CR0302-JLS-02
                                     )
12 |              Plaintiff,          )
                                     )
13 | v.                              )    **CERTIFICATE OF SERVICE**
                                     )
14 | LUIS HUMBERTO RIVERA-DIAZ,       )
                                     )
15 |              Defendant.          )
     _____)

16

17 |        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18 | information and belief, and that a copy of the foregoing document has been served this day upon:

19 |                              Paul L. Starita
                      Paul.Starita@usdoj.gov,efile.dkt.gc1@usdoj.gov;
20
                                Mark F. Adams
21 |                       markadamsesq@yahoo.com; and

22 |                             Linda A. King
                      laking@N2.net,vbm_5562@yahoo.com
23

24 |                                    Respectfully submitted,

25

26 | DATED:        February 15, 2008            /s/ Carey D. Gorden
                                               **CAREY D. GORDEN**
27 |                                            Federal Defenders of San Diego, Inc.
                                               Attorneys for Luis Humberto Rivera-Diaz

28