1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone: (619) 234-8467
4  Email: carey_gorden@fd.org

5  Attorneys for Mr. Rivera-Diaz

6

7

8                   UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE JANIS L. SAMMARTINO)**

11 | UNITED STATES OF AMERICA, | )   CASE NO. 08CR0302-JLS-02
12 |         Plaintiff,        | )
13 | v.                        | )
14 | LUIS HUMBERTO RIVERA-DIAZ,| )   **JOINT MOTION TO CONTINUE SENTENCING HEARING**
15 |         Defendant.        | )
16 |                           | )

17   **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES** that

18 defendant Luis Humberto Rivera-Diaz Sentencing Hearing date of Friday, June 13, 2008 at 9:00 a.m. be

19 continued to Friday, August 15, 2008 at 9:00 a.m. The new date is confirmed to be acceptable with court

20 staff.

21   **SO STIPULATED.**

22

23 Dated: June 6, 2008              */s/ Carey D. Gorden*
                                    **CAREY D. GORDEN**
24                                  Federal Defenders of San Diego Inc.
                                    Attorneys for Mr. Rivera-Diaz
25

26 Dated: June 6, 2008              */s/ Paul Starita*
                                    **PAUL STARITA**
27                                  Assistant United States Attorney

28

H:\DIS\ATTORNEYS\CDG\JOINT MTN TO CONTINUE.wpd

08CR0302-JLS-02

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Paul Starita**
Paul.Starita@usdoj.gov

Dated: June 6, 2008              */s/ Carey D. Gorden*
                                 **CAREY D. GORDEN**
                                 Federal Defenders of San Diego, Inc.
                                 225 Broadway, Suite 900
                                 San Diego, CA 92101-5030
                                 (619) 234-8467  (tel)
                                 (619) 687-2666  (fax)
                                 Email: carey_gorden@fd.org