UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>LUIS HUMBERTO RIVERA-DIAZ**,**<br><br>      Defendant. | Case No.:  08CR0302-JLS-02<br><br>**ORDER** |

   Pursuant to joint motion of the parties, **IT IS HEREBY ORDERED** that the sentencing hearing date in this case be changed from Friday, June 13, 2008 at 9:00 a.m., to Friday, August 15, 2008 at 9:00 a.m.

   **SO ORDERED.**

DATED: June 9, 2008

_____
Honorable Janis L. Sammartino
United States District Judge