**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California  92101-5008
Telephone:  (619) 234-8467 Ext. 3737
Facsimile:    (619) 687-2666
andrew_lah@fd.org

Attorneys for Defendant Rivera-Diaz

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0302-JLS-02 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| **LUIS HUMBERTO RIVERA-DIAZ,** | |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Andrew Lah, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: June 20, 2008                    *s/ ANDREW LAH*
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        andrew_lah@fd.org