**ANDREW LAH**
California State Bar No. 234580
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile:   (619) 687-2666
andrew_lah@fd.org

Attorneys for Mr. Rivera-Diaz

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr0302-JLS-02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROOF OF SERVICE** |
| | ) | |
| **LUIS HUMBERTO RIVERA-DIAZ,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   **Assistant United States Attorney**
   efile.dkt.gc1@usdoj.gov

Dated: June 20, 2008                                    *s/ ANDREW LAH*
                                                         **ANDREW LAH**
                                                         Federal Defenders of San Diego, Inc.,
                                                         andrew_lah@fd.org