MARK F. ADAMS
Attorney at Law
California State Bar No. 97377
964 Fifth Avenue, Suite 335
San Diego, California 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Email: markadamsesq@yahoo.com

Attorney for Defendant
Carlos Saavedra Vasquez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR0302-JLS |
| Plaintiff, | |
| v. | SECOND JOINT MOTION TO CONTINUE SENTENCING HEARING |
| CARLOS SAAVEDRA VASQUEZ, | |
| Defendant. | |

Defendant, CARLOS SAAVEDRA VASQUEZ, by and through his counsel of record, Mark F. Adams, and the UNITED STATES, by and through its counsel of record, Paul L. Starita, hereby jointly move to continue the presently set sentencing hearing scheduled for August 15, 2008 at 9:00 a.m. to October 10, 2008 at 9:00 a.m. The parties have conferred with the Court Clerk who has verified that the proposed October date is convenient for the Court.

Dated: August 8, 2008

/s/ Mark F. Adams
MARK F. ADAMS
Attorney for Carlos Saavedra

Dated: August 8, 2008

/s/ Paul L. Starita
PAUL L. STARITA
Assistant United States Attorney

## PROOF OF SERVICE

I, Mark F. Adams, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On this 8th day of August 2008, I served the within **SECOND JOINT MOTION TO CONTINUE SENTENCING HEARING** in Case No. 08CR0302-JLS electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, specifically AUSA Paul L. Starita, a registered user of the CM/ECF system.

Additional parties served through the CM/ECF system are:

Linda A. King, Attorney for the Material Witnesses;

Andrew Lah, Federal Defenders of San Diego, Inc., Attorneys for Co-Defendant Rivera Diaz.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, August 8, 2008, at San Diego, California.

/S/ Mark F. Adams
MARK F. ADAMS