**ANDREW LAH**
California Bar No. 234580
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
andrew_lah@fd.org

Attorneys for Mr. Rivera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08cr0302-JLS |
| Plaintiff, | JOINT MOTION TO CONTINUE SENTENCING |
| v. | |
| LUIS HUMBERTO RIVERA-DIAZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES**, for good cause, that the sentencing date in the above-mentioned case, be continued from, August 15, 2008 at 9:00 a.m. to, November 14, 2008, at 9:00 a.m. The parties have conferred with the Court Clerk who has verified that the proposed November date is convenient for the Court.

**SO STIPULATED.**

Dated:  8/12/08                             /s/ Andrew Lah
                                            **ANDREW LAH**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Mr. Rivera-Diaz

Dated:  8/12/08                             /s/ Paul Starita
                                            **PAUL STARITA**
                                            Assistant United States Attorney