1 **ANDREW LAH**
California State Bar No. 234580
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
andrew_lah@fd.org
5

6 Attorneys for Mr. Rivera-Diaz

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE JANIS L. SAMMARTINO)**

11 UNITED STATES OF AMERICA,      )   Case No. 08cr0302-JLS-02
                                  )
12             Plaintiff,         )
                                  )
13 v.                             )   **PROOF OF SERVICE**
                                  )
14 **LUIS HUMBERTO RIVERA-DIAZ,** )
                                  )
15             Defendant.         )
                                  )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20         **Assistant United States Attorney**
           efile.dkt.gc1@usdoj.gov
21

22 Dated: August 12, 2008                         *s/ ANDREW LAH*
                                                  **ANDREW LAH**
23                                                Federal Defenders of San Diego, Inc.,
                                                  andrew_lah@fd.org
24

25

26

27

28