UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr0302-JLS |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE ACCEPTANCE OF PLEA AND SENTENCING |
| LUIS HUMBERTO RIVERA-DIAZ, ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED**, for good cause, that joint motion requesting the continuance of the acceptance of plea and sentencing date in the above-mentioned case, be continued from August 15, 2008, at 9:00 a.m. to November 14, 2008, at 9:00 a.m., be **GRANTED.**

**SO ORDERED.**

DATED: August 13, 2008

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge